NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


05-837


STATE OF LOUISIANA

VERSUS

CARDELL K. FUSILIER


\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 100348
HONORABLE EDWARD RUBIN, PRESIDING
\*\*\*\*\*\*\*\*\*\*


SYLVIA R. COOKS
JUDGE


\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion and Elizabeth A. Pickett, Judges.


**AFFIRMED, AS AMENDED.**

**Michael Harson, District Attorney**
**Keith Stutes, Assistant District Attorney**
**Lafayette Parish**
**P.O. Box 3306**
**Lafayette, LA 70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana**

**G. Paul Marx**
**P.O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**COUNSEL FOR DEFENDANT-APPELLANT:**
        **Cardell K. Fusilier**